UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

**KATZMAN BERRY CORPORATION,
S. KATZMAN PRODUCE INC., TOP
BANANA LLC d/b/a TOP BANANA
CO., NATHEL & NATHEL, INC.,**

                Plaintiffs,

    - against -

**TRUE SOLUTIONS ENTERPRISE
USA, INC., t/a PAT'S FARM, DANIEL
S. MAZZARA,**

                Defendants.

----------------------------------------------------------x

CASE #: 07 CIV 10610 (CM)

Assigned to Judge Colleen McMahon

NOTICE OF VOLUNTARY DISMISSAL
OF ACTION WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, no party being an infant or incompetent, all claims asserted by plaintiffs against defendants are hereby withdrawn, the above-entitled action is dismissed, with prejudice, without costs to either party as against the other.

This Notice is to be so-ordered by the Court and may be filed without further notice with the Clerk of the United States District Court, Southern District of New York.

DATED:    Brooklyn, NY
               February 25, 2008

_____
Andrew Squire, Esq.
Attorney for
379 Decatur Street
Brooklyn NY 11233
(718) 771 2221

SO ORDERED:
February 25, 2008

_____
Colleen McMahon, USDJ

74\miami.v.best.notice2\wpd

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08